UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONIO LOPEZ-PACHECO, a/k/a Manuel Avila-Robles,

    Defendant.

---

## ORDER

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, April 6, 2009,** and responses to these motions shall be filed by **Thursday, April 16, 2009.** It is

    FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, May 4, 2009, at 9:00 a.m. in courtroom A-1002.** It is

    FURTHER ORDERED that if the parties believe that a hearing on motions or final trial preparation conference is necessary, they shall contact the Court to obtain a date for such hearing or conference.

Dated: March 13, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge